Michael T. HAYES
#20633 ISCCE-1-06
P.O. Box 70010
Boise IDAHO 83707

U.S. COURTS

DEC 12 2016

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>-VS-<br><br>RACHEL NETTLES<br>MICHAEL MONTGOMERY<br>CHARLES JOHANNESSEN<br><br>DEFENDANTS | CASE NO. 1:16-CV-534-CWD<br><br>FELONY CRIMINAL COMPLAINT |

COMES NOW, Michael T. HAYES PLAINTIFF VICTIM PRO-SE who HEREBY FILES this FELONY CRIMINAL COMPLAINT AGAINST THE 3 PRISON GUARDS RACHEL NETTLES, MICHAEL MONTGOMERY AND CHARLES JOHANNESSEN FOR FELONY ASSAULT AND BATTERY.

FELONY CRIMINAL COMPLAINT —1—

ON 11/10/2015 IN ADA COUNTY IDAHO AT THE IDAHO MAXIMUM SECURITY INSTITUTION (IMSI) AT 13400 SOUTH PLEASANT VALLEY ROAD BOISE IDAHO AT AROUND 5:53 P.M. C/O MICHAEL MONTGOMERY, C/O JOHANNESSEN #0056 C/O NETTIES #B107 BEAT UP IDOC VICTIM MICHAEL T. HAYES IN THE J-BLOCK FOYER. C/O MONTGOMERY #0133 AND THE 2 OTHER CORRECTIONAL OFFICERS THREW MICHAEL T. HAYES TO THE CONCRETE FLOOR C/O MONTGOMERY JUMPED ON IDOC VICTIM MICHAEL T. HAYES'S BACK KNEE FIRST AND REPEATEDLY KNEED VICTIM MICHAEL T. HAYES IN THE BACK WHILE THE OTHER TWO PERPETUATORS HELD VICTIM MICHAEL T. HAYES FACE DOWN ON THE CONCRETE FLOOR WITH HIS HANDS AND ARMS HANDCUFFED BEHIND HIS BACK. WHILE BEING HELD FACE DOWN ON THE CONCREAT FLOOR C/O JOHANNESSEN #0056 WAS GRINDING D.O.C. VICTIM HAYES'S HEAD INTO THE CONCRETE FLOOR USEING VIOLENT UNNECESSARY FORCE TO INJURE IDOC VICTIM MICHAEL T. HAYES AS MUCH AS POSSIBLE

PAGE-2

JUST PIROR TO BEING VIOLENTLY SLAMED TO THE CONCREAT FLOOR C/O JOHANNESSEN #0056 WAS SHOVING MICHAEL T. HAYES UP AGAINST A CONCREAT WALL AND PUSHING VICTIM HAYES'S HEAD INTO THE CONCREAT WALL AND GRINDING HIS HEAD UP AGAINST THE WALL. THIS WAS A VERY VIOLENT ASSAULT AND BATTERY UPON IDOC VICTIM MICHAEL T. HAYES. IDOC PRISON GUARDS AT THE (IMSI) HAVE COMMITTED MULTIPLE FELONY CRIMES AGAINST IDOC VICTIM MICHAEL T. HAYES OVER THE LAST 4 YEARS. WHEN THE PERPETUATORS C/O MONTGOMERY, C/O JOHANNESSEN #0056 AND C/O NETTLES #B107 VIOLENTLY SLAMED VICTIM MICHAEL T. HAYES IN TO THE CONCREAT FLOOR AND C/O MONTGOMERY REPEATEDLY KNEE'D VICTIM HAYES IN THE BACK MULTIPLE TIMES, THIS WAS A VERY AGGRESSIVE FELONY BATTERY AND ASSAULT UPON VICTIM MICHAEL T. HAYES THAT WAS UNPROVOKED AND JUST A VIOLENT ASSAULT UPON VICTIM HAYES WHO WAS HANDCUFFED AND UNABLE TO DEFEND HIMSELF. IDOC VICTIM MICHAEL T. HAYES WHO SUSTAINED MULTIPLE

PAGE - 3

INJURIES TO HIS LEAFT RIBBS, SHOOLDER, WRIST, BACK, AND RIGHT SHOOLDER, HAND, AND WRIST AND LEAFT BICEP, IS ALSO A CRIPPLE who is HANDICAPPED AND DISABLED.

This FELONY ASSAULT ON IDOC VICTIM MICHAEL T. HAYES STARTED OVER IDOC PRISON GUARDS HAZING, HARASSING AND TORTURING VICTIM HAYES ON 11/8/2015 WHEN IDOC PRISON GUARDS AT THE (IMSI) LOCKED VICTIM MICHAEL T. HAYES IN THE SHOWER FOR OVER ½ HOUR AFTER VICTIM HAYES WAS DONE SHOWERING. This WAS IN FACT DELIBERATE TORTURE AND IDOC CAN NOT SHOW ANY LEGITIMATE PENOLOGICAL INTERESTS OR GOALS IN TORTURING PRISONERS. AT NO TIME AT ALL DID IDOC VICTIM MICHAEL T. HAYES KICK OR KNEE c/o NETTIES #B107. THERE IS A SECURITY VIDEO OF THE FELONY ASSAULT AND BATTERY UPON IDOC VICTIM MICHAEL T. HAYES THAT IDOC (IMSI) HAS, AND THERE IS ALSO A CAMCORDER VIDEO OF IDOC VICTIM MICHAEL T. HAYES'S BLOODY INJURIES THAT WAS TAKEN AFTER THE VIOLENT ASSAULT ON 11/10/2015.

PAGE-4

MEDICAL Follow-up OF 12/9/2015

ON 12/9/2015 AT 10:00 AM DOCTOR APRIL DAWSON M.D. DID A FOLLOW UP MEDICAL EXAMINATION OF THE INJURIES IDOC VICTIM MICHAEL T. HAYES RECEIVED ON 11/10/2015 IN THE FELONY ASSAULT AND BATTERY ON THE J-BLOCK FOYER when 3 PRISON GUARDS BEAT UP AND BATTERED THE 60 YEAR OLD CRIPPLE MICHAEL T. HAYES while VICTIM HAYES WAS IN HANDCUFFS AND SHACKLES with HIS HANDS AND ARMS RESTRAINED BEHIND his BACK.

Dr. APRIL DAWSON SAID THAT ALL 3 U.A.'S HAD BLOOD IN THEM AND THAT THE BLOOD TESTS RESULTS FROM THE 12/3/2015 BLOOD DRAW ALL CAME BACK NEGATIVE FOR ALL DISEASES TESTED. Dr. APRIL DAWSON M.D. ORDERED A ULTRA SOUND OF MY KIDNEYS AND A FOURTH U.A. TO BE DONE, TO SEE IF THERE IS STILL BLOOD IN MY URINE. A U.A. TEST DONE EARLY IN 2015 SHOWED NO BLOOD IN THE URINE, ALL U.A. TESTS THAT SHOWED BLOOD IN THE URINE WERE DONE AFTER

PAGE - 5

The 11/10/2015 ASSAULT AND BATTERY UPON VICTIM MICHAEL T. HAYES. The FOURTH URINE TEST THAT WAS IN FACT DONE ON 12/17/2015 ALSO SHOWED BLOOD IN THE URINE AFTER 37 DAYS HAD PASSED SINCE THE FELONY ASSAULT AND BATTERY OF 11/10/2015. THERE WERE ALSO SOME 16 X RAYS TAKEN OF MICHAEL T. HAYES'S BODY THE FIRST X RAYS WERE TAKEN ON 11/20/2015 THE SECOND SET OF X RAYS WERE TAKEN ON 11/30/2015 AT (IMSI) THE SAME PLACE THE FIRST X RAYS WERE TAKEN. ON 1/5/2016 THE ULTRA-SOUND WAS DONE. All 4 URINE TESTS SHOWED IDOC VICTIM MICHAEL T. HAYES WAS STILL PEEING BLOOD FROM 11/10/2015 TO 12/17/2015. THERE WAS ALSO A 5th URINE TEST DONE ON 2/3/2016 TO SEE IF THERE WAS STILL BLOOD IN THE URINE. I DO NOT KNOW THE TEST RESULTS OF THE 2/3/2016 5th URINE TEST. THE DOCTOR APRIL DAWSON M.D. DID A SERIES OF MEDICAL TESTS TO SEE WHY I WAS PEEING BLOOD. THROUGH A PROCESS OF ELIMINATION DR. DAWSON M.D. TESTED MY

PAGE - 6

BLOOD FOR ALL DISEASES THAT COULD CAUSE THERE TO BE BLOOD IN THE URINE. ALL DISEASES TEST RESULTS CAME BACK NEGATIVE FOR ALL DISEASES TESTED. TO FURTHER ELIMINATE ALL POSIBLE MEDICAL REASONS THAT MIGHT CAUSE BLOOD TO BE IN THE URINE Dr APRIL DAWSON ORDERED A ULTRASOUND TO BE DONE ON 12/9/2015 AT THE (IMSI) PRISON. ON 12/10/2015 MICHAEL T. HAYES WAS MOVED FROM (IMSI) PRISON OVER TO (ISCC) PRISON. THE ULTRASOUND WAS DONE ON 1/5/2016. THE TEST RESULTS FROM THE ULTRASOUND OF BOTH KIDNEYS CAME BACK NEGATIVE NO KIDNEY STONES IN EATHER KIDNEY. THROUGH A RELIABLE MEDICAL TESTS SERIES ALL MEDICAL REASONS THAT COULD HAVE CAUSED BLOOD TO BE IN MICHAEL T. HAYES URINE WAS ELIMINATED.

THE 11/10/2015 FELONY ASSAULT AND BATTERY WAS THE REASON THAT MICHAEL T. HAYES WAS PEEING BLOOD FOR SO LONG. MICHAEL T. HAYES WAS THROWN DOWN FACE FIRST ON THE CONCRETE FLOOR AND C/O MICHAEL MONTGOMERY JUMPED ON IDOC VICTIM MICHAEL T. HAYES'S BACK KNEE FIRST AND REPEATEDLY KNEED MICHAEL T HAYES IN THE KIDNEYS OVER AND OVER AGAIN SO HARD THAT HE CAUSED SERIOUS INTERNAL INJURIES TO IDOC VICTIM MICHAEL T. HAYES. THE IDOC (IMSI) PRISON GUARDS HAVE A LONGSTANDING PERVASIVE AND WELL DOCUMENTED HISTORY OF DELEBERATELY AND INTENTIONALLY TORTURING DISABLED AND HANDICAPED PRISONERS SEE EXHIBIT C1 J ENCLOSED HEREWITH THE STATE OF IDAHO CERTIFIED PARKING

PAGE-8

PERMIT. ALSO SEE EXHIBIT (2) THE COMPLETED GRIEVANCE/APPEAL NUMBER IM140000089 YES THE IDOC (IMSI) PRISON GUARDS REFUSED TO PUT ME IN THE HANDICAPED SHOWER EVEN THOE MICHAEL T. HAYES IS IN FACT LEGALLY HANDICAPED AND DISABLED. YES IDOC (IMSI) PRISON GUARDS HAVE IN FACT BEEN TORTURING AND HAZING AND HARASSING IDOC VICTIM MICHAEL T. HAYES FOR YEARS NOW. THE IDOC (IMSI) PRISON GUARDS ALL KNOW THAT MICHAEL T. HAYES IS IN FACT LEGALLY HANDICAPED AND DISABLED. IDOC (IMSI) PRISON GUARDS ALSO HAVE KNOWN FOR YEARS THAT THE STATE OF IDAHO RECONIZED MICHAEL T. HAYES AS LEGALLY HANDICAPED AND GAVE IDOC VICTIM MICHAEL T. HAYES A CERTIFIED HANDICAPED PARKING PERMIT IN

PAGE-9

MAY 1997 THAT IS NON-EXPIRING SEE ENCLOSED EXHIBIT NO.(1). ALSO SEE EXHIBIT NO.(2). THE COMPLETED GRIEVANCE/APPEAL NUMBER IM140000089 YES THE ENTITY IDOC AND THEIR (IMSI) PRISON GUARDS HAVE KNOWINGLY TORTURED AND DISCRIMINATED AGAINST IDOC VICTIM MICHAEL T. HAYES BECAUSE OF HIS DISABILITIES. IDOC (IMSI) PRISON GUARDS HAVE REFUSED TO PUT VICTIM MICHAEL T. HAYES IN THE THE HANDICAPED SHOWERS EVEN WHEN THE HANDICAPED SHOWERS WERE EMPTY AND NO ONE WAS IN THEIR. ALSO (IMSI) PRISON GUARDS HAVE PUT IDOC VICTIM MICHAEL T. HAYES IN A NORMAL SHOWER EVEN THOE THE STATE OF IDAHO HAS CERTIFIED MICHAEL T. HAYES AS HANDICAPED. (IMSI) PRISON GUARDS DELIBERATELY

PAGE - 10

AND INTENTIONALLY PUT VICTIM MICHAEL T. HAYES IN THE NORMAL SHOWER EVEN THOE THEY NEW VICTIM HAYES WAS LEGALLY HANDICAPED AND REFUSED TO PUT THE CRIPLE IN THE REQUIRED HANDICAPED SHOWER. IDOC (IMSI) PRISON GUARDS PUT HEALTHY YOUNG MEN IN THE HANDICAPED SHOWER WHO HAD NO DISABILITIES AT ALL AND FORCED THE HANDICAPED DISABLED CRIPPLE MICHAEL T. HAYES TO USE THE NORMAL SHOWER INSTEAD OF THE HANDICAPED SHOWER. ALSO SEE EXHIBIT (3) ENCLOSED HEREWITH THE COMPLETED GRIEVANCE/APPEAL NUMBER IM150000665 SHOWS THE FALSE ALLEGATIONS BY IDOC (IMSI) PRISON GUARDS. NO IDOC VICTIM MICHAEL T. HAYES DID NOT ATTEMPT TO ASSAULT STAFF AS SGT DIANE

PAGE-11

SCHMIDT STATED IN HER LEVEL 1-INITIAL RESPONSE TO THE GRIEVANCE NUMBER IM 150000665. (IMSI) PRISON STAFF HAVE FALSIFIED PRISON RECORDS IN VIOLATION OF IDAHO CODE 18-3201 A FELONY IN ORDER TO TRY AND COVER UP THE 11/10/2015 FELONY ASSAULT AND BATTERY UPON IDOC VICTIM MICHAEL T. HAYES. IDOC VICTIM MICHAEL T. HAYES WAS KNEED SO HARD IN THE BACK OVER THE LEAFT KIDNEY BY MICHAEL MONTGOMERY THAT VICTIM MICHAEL T. HAYES SUSTAINED INTERNAL INJURIES AND WAS BLEEDING INTERNALLY FOR OVER 37 DAYS. THE 3 PRISON GUARDS CAUSED SERIOUS INJURIES TO VICTIM MICHAEL T. HAYES ON 11/10/2015, IN VIOLATION OF IDAHO CODE 18-907 (1-A).

---

DONE THIS 1 DAY OF DECEMBER 2016.

Michael T. Hayes
MICHAEL T. HAYES
PLAINTIFF VICTIM

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __5__, Day of __DECEMBER__, 2016
I HAVE MAILED BY UNITED STATES POSTAL SERVICE THE FOLLOWING DOCUMENTS
WHICH WERE PLACED IN THE MAIL BOX OF THE ISCC PARALEGAL.

(1). FELONY CRIMINAL COMPLAINT AGAINST 3 PRISON GUARDS.

ELIZABETH A. SMITH
CLERK U.S. DISTRICT COURT
550 W. FORT St. MSC 042
BOISE IDAHO 83724

DOUGLAS S. HART
FEDERAL BUREAU OF INVESTIGATION
877 W. MAIN STREET SUITE 404
BOISE IDAHO 83702

WENDY J. OLSON
UNITED STATES ATTORNEY
800 E. PARK BOULEVARD SUITE 600
BOISE IDAHO 83712-7788

DONE THIS __FIRST__, DAY OF __DECEMBER__, 2016

_Michael T. Hayes_
MICHAEL T. HAYES PRO-SE

---

CERTIFICATE OF SERVICE